UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80468-CIV-HURLEY

MID-CONTINENT CASUALTY CO.,
   plaintiff,

vs

ROYAL PALM ESTATE BUILDERS, INC. et al.,
   defendants.
_____/

CLOSED CASE

### ORDER OF FINAL DISMISSAL AND CLOSE-OUT

**THIS CAUSE** is before the Court upon the parties' joint stipulation for dismissal with prejudice of all remaining claims and counterclaims filed April 4, 2008 [DE #48] Having considered the notice, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear its own attorneys' fees and costs.

2. There being nothing further for the court to resolve at this juncture, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of April, 2008.

Daniel T. K. Hurley
United States District Judge

Copies furnished:
all counsel